```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
                    (HONORABLE CYNTHIA IMBROGNO)
```

UNITED STATES OF AMERICA,    )
                             )
                 Plaintiff,  )    CR-09-0067-RHW
                             )
    vs.                      )
                             )    ORDER GRANTING MOTION
                             )
KAYLA R. SPERLE,             )
                             )
                 Defendant.  )
                             )
_____ )

Pending before the Court is Defendant Kayla Sperle's Motion to Modify Conditions of Pretrial Release. In the interest of justice and for good cause shown, Ms. Sperle's Motion **(Ct. Rec. 22)** is hereby **GRANTED**. Ms. Sperle's curfew shall be between the hours of 11:30 p.m until 6:00 a.m.

**IT IS SO ORDERED.**

DATED June 16, 2009.


                              S/ JAMES P. HUTTON
                           UNITED STATES MAGISTRATE JUDGE

ORDER

1