UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR-09-0067-RHW |
| vs. | |
| | ORDER GRANTING MOTION TO MODIFY |
| KAYLA R. SPERLE, | |
| Defendant. | |

Pending before the court is Defendant Kayla Sperle's Motion to Modify Conditions of Pretrial Release. In the interest of justice and for good cause shown, Ms. Sperle's Motion **(Ct. Rec. 29)** is **GRANTED**. Ms. Sperle is permitted to have contact with Mr. Nicholas Kloepfel to the limited extent of facilitating visits of Ms. Sperle's and Mr. Kloepfel's daughter with Mr. Kloepfel while he is incarcerated.

**IT IS SO ORDERED.**

DATED July 13, 2009.

S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

ORDER - 1