PROB 12B
(7/93)

Report Date: February 13, 2012

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 15 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kayla R. Sperle          Case Number: 2:09CR00067-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Court Judge

Date of Original Sentence: December 14, 2009          Type of Supervision: Supervised Release

Original Offense: Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, a Schedule II Controlled Substance, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)

Date Supervision Commenced: July 15, 2011

Original Sentence: Prison - 24 Months;
TSR - 60 Months

Date Supervision Expires: July 14, 2016

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18   You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

## CAUSE

The offender had a positive urinalysis test for methamphetamine on February 3, 2012. Prior to this, she had been visiting bars and hanging out with friends. With her substance abuse history, spending time in bars or taverns is not a good plan for her.

Ms. Sperle will be attending moral recognition therapy through Pioneer Human Services to assist her with relapse prevention. Her urinalysis tests have been increased. After the positive urinalysis test, Ms. Sperle was directed to find an Alcoholics Anonymous sponsor and self-help groups to attend. She has complied with this. Ms. Sperle is currently the sole parent of her 6 year old daughter. She is currently working 25 hours a week and is going to school full time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02-14-2012

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

Prob 12B
**Re: Sperle, Kayla R.**
**February 13, 2012**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

2/15/12
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

18    You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

Witness: _____  Signed: _____
               Anne L. Sauther                            Kayla R. Sperle
              U.S. Probation Officer                   Probationer or Supervised Releasee

February 10, 2012
Date