PROB 12B
(7/93)

Report Date: February 6, 2013

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 07 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Kayla J. Sperle                Case Number: 2:09CR00067-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: December 14, 2009        Type of Supervision: Supervised Release

Original Offense: Possession with Intent to Distribute 5 Grams or More of Actual (Pure) Methamphetamine, a Schedule II Controlled Substance, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)

Date Supervision Commenced: July 15, 2011

Original Sentence: Prison - 24 Months;
                   TSR - 60 Months

Date Supervision Expires: July 14, 2016

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

19  You shall complete 32 hours of community service work, at the rate of not less than 16 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed in full no later than April 4, 2013.

### CAUSE

The offender was arrested for theft on February 2, 2013. She attempted to take a garment worth approximately $32. She cooperated with the store's security officers and waited for police to arrive. She admitted to the crime as charged, and she was cited and released.

Ms. Sperle has been on supervised release for 19 months. She has had one supervision violation. Ms. Sperle is a single mother to her 7-year-old daughter, and she works 30 hours per week while she attends school full time. The undersigned officer believes that completing community service will address her violation behavior while allowing her give back to the community in which she lives.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   2/6/2013
_____
              s/Patrick J. Dennis

              Patrick J Dennis
              U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other

Signature of Judicial Officer

2/7/2013
Date